VARIABLE CONDENSER CORPORATION, Respondent, v. REX PRODUCTS CORPORATION, Appellant.— In an action upon contract, judgment in favor of plaintiff, entered upon the verdict of a jury, unanimously affirmed, with costs. In our opinion the errors alleged were harmless. (Civ. Prac. Act, § 106.) Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

### (July 13, 1945.)

BOARDWALK STORES CORPORATION, Appellant, v. ROBERT MOSES, Individually and as Commissioner of Parks of the City of New York, et al., Respondents.— On the court's own motion the decision of this court handed down July 2, 1945, is amended to read as follows: Judgment dismissing the complaint on the merits at the close of plaintiff's case, except as to damages, reversed on the law and a new trial granted, with costs to abide the event. The appeal from the order granting defendants' motion to dismiss the complaint is dismissed, without costs. No such order is printed in the record. Opinion by Lewis, J. Johnston and Aldrich, JJ., concur; Close, P. J., and Adel, J., concur as to dismissal of the appeal from the order, but as to the judgment they dissent and, on the ground that plaintiff failed to establish the cause of action alleged in the complaint, vote to affirm. Opinion amended accordingly. [See *ante,* p. 506.]

### FIRST DEPARTMENT, AUGUST, 1945.
### (August 2, 1945.)

In the Matter of SIDNEY M. WITTNER, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

### FIRST DEPARTMENT, SEPTEMBER, 1945.
### (September 26, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESTHER M. TYLER et al., Appellants, against JAMES J. SEXTON et al., Constituting the Tax Commission of the City of New York, Respondents. [120 W. 44th St., Borough of Manhattan.] — Order unanimously modified by fixing the values for the years in question as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1932 | $305,000 | $462,000 | $767,000 |
| 1933 | 290,000 | 454,000 | 744,000 |

| Year | Land | Building | Total Value Allowable | |
|---|---|---|---|---|
| 1936 | $260,000 | $438,000 | $700,000 | (amount claimed) |
| 1937 | 260,000 | 430,000 | 700,000 | ( "        " ) |
| 1938–39 | 260,000 | 422,000 | 700,000 | ( "        " ) |

| Year | Land | Building | Total |
|---|---|---|---|
| 1939–40 | $260,000 | $414,000 | $674,000 |
| 1940–41 | 260,000 | 406,000 | 666,000 |

and as so modified affirmed, with $20 costs and disbursements to the relators-appellants. Settle order on notice. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [Republished as of September 26, 1945, see *ante,* p. 828.]